**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

March 05, 2024

LAURA A. AUSTIN, CLERK
BY:
                s/A. Beeson
              DEPUTY CLERK

| | |
|---|---|
| **COREY CHRISTOPHER STEPHENS,** | Civil Action No. 7:24-cv-00050 |
|      **Plaintiff,** | **MEMORANDUM OPINION** |
| **v.** | By: **Michael F. Urbanski** |
| | **Chief United States District Judge** |
| **HENRY COUNTY ADULT DETENTION FACILITY, et al.,** | |
|      **Defendant(s).** | |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered January 18, 2024, the court directed plaintiff to submit within 30 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the month of December immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that month. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions. The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

Entered: March 5, 2024

Michael F. Urbanski
Chief U.S. District Judge
2024.03.05 15:30:05 -05'00'

_____
Chief United States District Judge